SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, LUZ ZENDEJAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>Plaintiff,<br><br>vs.<br><br>SHABAN AZAR FARR, AS TRUSTEE OF THE DR. SHABAN AZAR FARR LIVING TRUST; FARRAH MASSACHI-FARR; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:22-CV-01415-JFW (PLAx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff LUZ ZENDEJAS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: October 05, 2022          **SO. CAL EQUAL ACCESS GROUP**


                                 _/s/ Jason J. Kim_
                                 JASON J. KIM
                                 Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE

